# United States District Court

## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES HOLMAN, on behalf of himself and all others similarly situated,<br>　　　Plaintiff<br><br>vs<br><br>MACON COUNTY, TENNESSEE,<br>　　　Defendant | **SUMMONS IN A CIVIL CASE**<br><br>Case Number: 2　10　003<br><br><br>**JUDGE ECHOLS** |

TO: Macon County, Tennessee
c/o Mayor Shelvy Linville
Macon County Courthouse
Room 201
Lafayette, TN 37083
615-666-2363

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,

Jerry Gonzalez
2441Q Old Fort Parkway
No. 381
Murfreesboro TN 37128
615-360-6060

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**
CLERK

(BY) DEPUTY CLERK

DATE　APR 1 2 2010

**RETURN COPY**

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 04.22.2010 |
| NAME OF SERVER (PRINT) JERRY GONZALEZ | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: SERVED MAYOR LINVILLE AT MAYOR'S OFFICE, MACON COUNTY COURTHOUSE, LAFAYETTE TN

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Date 04.22.2010

Signature of Server

Jerry Gonzalez, PLC
2441-Q Old Fort Parkway
Box 381
Murfreesboro, TN 37128

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.