J. Russell Farrar
William N. Bates
Kristin Ellis Berexa
Teresa Reall Ricks
Mary Byrd Ferrara*
Robyn Beale Williams
Jennifer Orr Locklin
Keith F. Blue
Heather C. Stewart
Deanna L. Cooper
Beth L. Frazer
Brandt M. McMillan
Rachel Morrison Casias**
Aaron E. Winter
John C. Lyell

\* Also licensed in KY
\*\* Also licensed in NM

LAW OFFICES

**Farrar & Bates, L.L.P.**

Phone 615.254.3060
Fax 615.254.9835

211 Seventh Avenue North
Suite 500
Nashville, TN 37219
fblaw@farrar-bates.com

Of Counsel
H. LaDon Baltimore
Kim G. Adkins

March 29, 2011

Jerry Gonzalez, Esq.
2441 Q Old Fort Parkway
Post Office Box 381
Murfreesboro, Tennessee 37128

                              Re:   *Holman v. Macon County*
                                       USDC, No. 2:10-cv-0036

Dear Jerry:

      I am writing you regarding your review of documents in this case which were the subject of our discovery dispute hearing before Magistrate Brown. My office has contacted you via email on two prior occasions to attempt to schedule a time for your review of these documents It is my understanding that you have not responded to either email communication.

      The documents are available for your review at my office, and the Court has ordered me to make them available to you before March 30, 2011. Please let me know whether you plan to come to my office this afternoon or tomorrow so that I may have a room available for you. I will be available this afternoon after lunch if you give me a heads up please.

FB074399 /

**EXHIBIT 3**

Jerry Gonzalez, Esq.
March 29, 2011
Page 2

    If you have not already done so, please bring your client's responses to outstanding discovery to my office when you come to review the documents. The Court ordered your client to respond to those on or before March 28, and I have not received them in my office at this time.

                Sincerely,

                *Mary Byrd Ferrara by Permission*
                Mary Byrd Ferrara    *Rachel Morrison Casias*

FB074399 /

## Robin Jordan

**From:** Robin Jordan
**Sent:** Tuesday, March 29, 2011 10:11 AM
**To:** 'jgonzalez@jglaw.net'
**Subject:** Holman v. Macon County

Dear Mr. Gonzalez:

Please see attached correspondence that Mary Byrd Ferrara asked that I forward to you in the above-referenced matter. This letter is also being forwarded via U.S. Mail and facsimile.

With kindest regards,

Robin Jordan
*Legal Assistant to*
*Mary Byrd Ferrara*

\* \* \* Communication Result Report ( Mar. 29. 2011 10:32AM ) \* \* \*

1) Farrar & Bates
2)

Date/Time: Mar. 29. 2011 10:09AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2822 | Memory TX | 3603333-4066 | P. 3 | E-2) 2) 2) 2) 2) | P. 1-3 |

Reason for error
 E. 1) Hang up or line fail            E. 2) Busy
 E. 3) No answer                       E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

Law Offices
**FARRAR & BATES, L.L.P.**
211 Seventh Avenue North
Suite 500
Nashville, TN 37219
Telephone 615-254-3060
**TELECOPY TRANSMITTAL**
TELECOPIER NUMBER: (615) 254-9835

---

DATE: March 29, 2011         FROM: Mary Byrd Ferrara

TO: Jerry Gonzalez

OUTGOING TELECOPY NO: 615-360-3333

RE: Holman v. Macon County

We are beginning to send pages 3 including cover memo. If transmission is interrupted or is of poor quality, please call (615) 254-3060.

SPECIAL COMMENTS: Please find attached a correspondence from Mary Byrd Ferrara in regards to the above-referenced matter.

| Copy sent via U.S. Mail | X | Original will follow via U.S. Mail |
| Original will follow via FEDX | ___ | For your approval/suggestions |
| For your information/records | ___ | May I sign your name with permission |

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed above and no one else. If you are not the intended recipient or the employee or agent responsible to deliver this message to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (615) 254-3060 and return the original message to us at the above address via the U.S. postal service.

{FB009165 /}