IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JAMES HOLMAN | ) |
| | ) |
| v. | ) NO. 2-10-0036 |
| | ) JUDGE CAMPBELL |
| MACON COUNTY, TN | ) |

ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's Claim and Decertify Class for Lack of a Class Representative (Docket No. 52), to which no opposition has been timely filed. Failure to file a timely response to a motion indicates there is no opposition to the motion. Local Rule 7.01(b).

Accordingly, Defendant's Motion is GRANTED, and Plaintiff's claims herein are DISMISSED. There being no class representative, the class previously certified is decertified, and this action is DISMISSED. The Clerk is directed to close the file, and any other pending Motions are denied as moot.

The jury trial set for January 24, 2012, and the pretrial conference set for January 9, 2012, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE