# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

James Holman

        Plaintiff,

v.                Case No.: 2:10–cv–00036
                Chief Judge Todd J. Campbell

Macon County, Tennessee

        Defendant.

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/27/2011.

                  Keith Throckmorton, Clerk
                  s/ Ann Frantz, Deputy Clerk